**IN THE SUPREME COURT OF PENNSYLVANIA**

| | |
|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : No. 3032 Disciplinary Docket No. 3 |
| | : |
| | : No. 123 DB 2022 |
| Petitioner | : |
| v. | : Attorney Registration No. 316726 |
| | : |
| | : (Dauphin County) |
| ASHLEY DRUE MARTIN, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of April, 2024, upon consideration of the Report and Recommendations of the Disciplinary Board, Ashley Drue Martin is suspended from the Bar of this Commonwealth for a period of one year and one day. Respondent shall comply with the provisions of Pa.R.D.E. 217 and pay costs to the Disciplinary Board. *See* Pa.R.D.E. 208(g).